IRA R. SMITH, Respondent, v. ALEX LEVISON, Trading as SULLIVAN COUNTY PRODUCE COMPANY, Appellant.— Motion granted, with ten dollars costs, unless appellant perfects appeal within twenty days, and pays said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ALICE N. TREMAINE, Appellant, v. MELVIN WINSLOW and Another, Respondents.— Appeal dismissed, without costs, on the ground that the appellant has waived her rights under the order appealed from, and the question is academic. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

TOWN OF POTSDAM, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant, and Others.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ELIZABETH WESTERVELT, Respondent, v. NATHAN BORIS and Others, Appellants.— Motion granted, with ten dollars costs, unless appellants perfect appeal within twenty days, and pay said costs, in which event motion is denied. Present Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JACOB WICHINSKY and Others, Respondents, v. AMERICAN CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. JACOB WICHINSKY and Others, Respondents, v. THE THIRD CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. JACOB WICHINSKY and Others, Respondents, v. CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN WIESNER, JR., Infant, by JOHN WIESNER, Guardian ad Litem, Respondent, v. CITY OF ALBANY, Appellant.— Motion granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FAY SHAUL, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LORETTA SICLEY, Appellant, v. THE COUNTRY HOME FOR CONVALESCENT BABIES, Respondent.— Order unanimously affirmed, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

JOHN WIESNER, Appellant, v. CITY OF ALBANY, Respondent.— Motion granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDWARD T. WILKINSON, Respondent, v. DEWITT J. MEDBURY, Appellant, and Others.— Motion granted, with ten dollars costs, on the ground that the obvious reason of the appeal is for delay, and the appellant has deliberately failed to perfect his appeal. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1928.

CLARK W. MOORE and Another, Copartners, Doing Business under the Firm Name and Style of MOORE & WAITE, Respondents, v. JAMES HILARY RYAN and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CHESTER BANNISTER, Appellant, v. WARREN WOHLERS, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

DENNIS DRISCOLL, Appellant, v. WARREN WOHLERS, Respondent.— Appeal